FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANDS ON TRADE ASSOCIATION, INC., | No. 2:18-CV-0011-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| BRIAN OAKS; WITHINMYSITE.COM LLC, a Utah limited liability company doing business as IWantaSpa, | |
| Defendants. | |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 16. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), **IT IS HEREBY ORDERED**:

   1. The parties' Stipulation of Dismissal, **ECF No. 16**, is **ACKNOWLEDGED**.

   2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

   3. All pending motions are **DENIED AS MOOT**.

   4. All hearings and other deadlines are **STRICKEN**.

Q:\SMJ\Civil\2018\Hands on Trade Association Inc. v. Oaks et al-0011\stipulated.dismissal.docx

ORDER DISMISSING CASE **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of August 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2